UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID ANTHONY DEAN,

Petitioner,

v.

STATE OF CALIFORNIA,

Respondents.

Case No. 2:19-cv-00129-GMN-PAL

ORDER

Petitioner has submitted a pleading entitled "Habeas Corpus By State Prisoner." ECF No. 1.

The matter has not been properly commenced because petitioner has neither paid a filing fee for a habeas proceeding ($5.00) nor filed an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1). In addition, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach to his motion to proceed *in forma pauperis* both an inmate account statement for the past six months and a properly executed financial certificate. The court also notes that petitioner's submission is not in a recognizable pleading format and is practically illegible.

Because petitioner has not met these requirements, this action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application on the proper form with all required attachments.

IT THEREFORE IS ORDERED that this action is DISMISSED without prejudice to the filing of a new petition in a new action with a properly completed pauper application.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

IT FURTHER IS ORDERED that the Clerk of Court shall enter judgment accordingly and close this case.

DATED THIS 31 day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE