UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ANTHONY DEAN,<br><br>                         Petitioner,<br>v.<br><br>STATE OF CALIFORNIA,<br><br>                        Respondents. | Case No. 2:19-cv-00129-GMN-PAL<br><br>ORDER |

This is a proceeding in which this court entered a final judgment against the petitioner on February 1, 2019. ECF No. 5. Since then, petitioner has filed numerous documents in this case, most of which are illegible and/or incoherent. Only one of them requires the court's attention.

On February 4, 2019, petitioner filed motion to consolidate this case with a case petitioner filed in this court several years ago -- 2:04-CV-1285-PMP-PAL. ECF No. 7. That case was dismissed for failure to state a claim. As in this case, however, petitioner persisted in filing random documents. Judge Pro eventually entered an order stating in part:

> On March 2, 2006, the Court ordered that it no longer will accept or consider any documents or letters filed by Plaintiff David Anthony Dean in this case, and the Court instructed the Clerk of Court to strike or return any submissions by Plaintiff. (Order (Doc. #216).) On July 5, 2013, the Court again ordered that it no longer will accept or consider

any documents or letters filed by Plaintiff in this case. (Order (Doc. #233).) Despite the Court's Orders, Plaintiff has persisted in sending various documents to the Court. The Court reminds Plaintiff that pursuant to its previous Orders (Doc. ##216, 233), the Court does not, and will not, accept or consider any documents or letters filed by Plaintiff in this case. Plaintiff further is advised that the Clerk of Court no longer will return his submissions via U.S. Mail.

ECF No. 234, 2:04-CV-1285-PMP-PAL.

Given the similarities between the two cases, the court will grant petitioner's motion to consolidate. Accordingly, Judge Pro's order shall remain in effect and apply to any further documents filed under case number 2:19-cv-00129-GMN-PAL

IT IS THEREFORE ORDERED that petitioner's motion to consolidate (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall not accept or file any submissions by petitioner in this case and that the Clerk of Court shall not return any submissions by petitioner. No further action is required with respect to the consolidation of the cases.

IT IS FURTHER ORDERED that any other pending motion filed by petitioner is DENIED.

DATED THIS 15 day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE